UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH DILLON,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>LVNV FUNDING, LLC,<br><br>　　　　　　　　Defendant. | Case No.: 1:23-CV-00496-GBW |

NOTICE OF SETTLEMENT

Plaintiff Kenneth Dillon ("Plaintiff"), and LVNV Funding, LLC ("Defendant"), have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with prejudice as to Defendant within the next sixty (60) days. Plaintiff requests that this Court vacate all pending deadlines and hearings in this matter as to Defendant. Plaintiff also requests that this Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

This 17th day of February, 2025.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: /s/: *Antranig Garibian*
　　　　　　　　　　　　　　　　　　　Antranig Garibian, Esq. (DE Bar No. 4962)
　　　　　　　　　　　　　　　　　　　Brandywine Plaza East
　　　　　　　　　　　　　　　　　　　1523 Concord Pike, Suite 400
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19803
　　　　　　　　　　　　　　　　　　　PH: (302) 722-6885
　　　　　　　　　　　　　　　　　　　ag@garibianlaw.com
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　*Kenneth Dillon*

SO ORDERED this 19th day of February 2025.

　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

/s/ *Antranig Garibian*